No. 85–758. CITY OF PRIOR LAKE, MINNESOTA v. SHAKOPEE MDEWAKANTON SIOUX COMMUNITY ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–775. MASTROPAOLO v. MASTROPAOLO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–796. AMERICAN FINANCIAL SERVICES ASSN. v. FEDERAL TRADE COMMISSION ET AL.; and
No. 85–797. SOUTH CAROLINA DEPARTMENT OF CONSUMER AFFAIRS v. FEDERAL TRADE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 247 U. S. App. D. C. 167, 767 F. 2d 957.

No. 85–821. FLORIDA DEPARTMENT OF BUSINESS REGULATION ET AL. v. UNITED STATES DEPARTMENT OF THE INTERIOR ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–822. AMOCO PRODUCTION CO. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 85–840. GINSBURG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–843. LONG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–850. PURVIS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–854. ESPOSITO ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–857. SIMMONS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–861. HADDON HOUSE FOOD PRODUCTS, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–867. HODGES v. DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.